1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11  UNITED STATES OF AMERICA,                CASE NO. CV F 09-0366 LJO

12                    Plaintiff,             **ORDER ON IN FORMA PAUPERIS**
                                             **APPLICATION**
13        vs.                                (Doc. 28.)

14  EVERADO RODRIGUEZ-VASQUEZ,

15                    Defendant.
                                        /
16
17        This Court DENIES without prejudice defendant's in forma pauperis application given

18  defendant's appointment of counsel and related findings as to his financial status in connection

19  therewith.

20        IT IS SO ORDERED.

21  **Dated:    September 23, 2011**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

                                         1