# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 09-0366 LJO |
| Plaintiff, | **ORDER ON IN FORMA PAUPERIS APPLICATION** |
| vs. | (Doc. 31.) |
| EVERADO RODRIGUEZ-VASQUEZ, | |
| Defendant. / | |

This Court DENIES as moot defendant's in forma pauperis application given that this Court has ruled on defendant's 28 U.S.C. § 2255 motion.

IT IS SO ORDERED.

**Dated: November 3, 2011**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE