# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 09-0366 LJO |
| Plaintiff, | **ORDER ON SUCCESSIVE 28 U.S.C. § 2255 MOTION** |
| vs. | (Doc. 33.) |
| EVERADO RODRIGUEZ-VASQUEZ, | |
| Defendant. | |

On September 21, 2011, defendant Everado Rodriguez-Vasquez ("defendant") filed his papers to seek relief under 28 U.S.C. § 2255 ("section 2255"). This Court's October 4, 2011 order denied defendant section 2255 relief. On November 1, 2011, defendant filed his successive papers to seek section 2255 relief on grounds nearly identical to those stated in defendant's original section 2255 papers.

Section 2255(h) limits filing successive section 2255 motions and provides:

> A second or successive motion must be certified as provided in section 2244 by panel of the appropriate court of appeals to contain –
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2244 ("section 2244") mandates an applicant to "move in the appropriate court of

appeals for an order authorizing the district court" to consider a second or successive application. 28 U.S.C. § 2244(b)(3)(A). Section 2244(b)(4) requires a district court to dismiss "any claim presented in a second or successive application . . . unless the applicant shows that the claim satisfies the requirements of this section."

Nothing suggests that defendant has obtained requisite section 2244 certification. Defendant points to neither newly discovered evidence nor a new rule of constitutional law. As such, this Court DENIES defendant section 2255 relief.

IT IS SO ORDERED.

Dated:    November 7, 2011              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE