IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EVERADO RODRIGUEZ-VASQUEZ,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　/ | CASE NOS. CR F 09-366 LJO, CV F 11-1606 LJO, CV F 11-1837 LJO<br><br>**ORDER TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br>(Doc. 36.) |

　　Defendant Everado Rodriguez-Vasquez ("defendant") proceeds pro se in this action and on December 1, 2011 filed his notice to appeal this Court's order to the Ninth Circuit Court of Appeals and application to proceed without prepayment of fees. Plaintiff's application makes the showing required by 28 U.S.C. § 1915(a). Accordingly, this Court GRANTS defendant's request to proceed in forma pauperis on appeal. 28 U.S.C. § 1915(a).

　　IT IS SO ORDERED.

**Dated:　December 9, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1